UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   16-29256
BRIAN LENDERMAN AND KELLY   )
GARFIAS-LENDERMAN,   )   Chapter:   13
)
)   Honorable A. Benjamin Goldgar
)
)   Lake County
Debtor(s)   )

## ORDER VACATING PAYROLL CONTROL

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) Debtor's payroll control order is VACATED.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  June 12, 2020

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtors
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com