UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:  16-29256
Brian A Lenderman )
 )   Chapter:  13
 )   Honorable A. Benjamin Goldgar
Kelly A Garfias-Lenderman )
 )
Debtor(s) )

## ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS

Having heard the facts presented, the Court finds the debtor(s) has failed to make the payments required under the terms of the plan.

IT IS THEREFORE ORDERED that this case be dismissed on the Trustee's motion for material default by the debtor(s) with respect to a term of a confirmed plan, pursuant to Section 1307(c)(6).

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  October 30, 2020

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)